TOWN OF CORTLANDT, Appellant, *v.* VILLAGE OF PEEKSKILL et al., Respondents.

Submitted January 8, 1940; decided January 12, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 490.)

PHILEMINA DE SALVO, Respondent, *v.* STANLEY-MARK-STRAND CORPORATION, Appellant.

Submitted January 8, 1940; decided January 12, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 333.)